United States District Court
District of Connecticut
FILED AT HARTFORD
11/25 20 08
_____ Labora, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_Arnold Boggus_,
Plaintiff,

v.

_Walnut Hill Care Center_
Defendant(s).

Case No. 3:08CV1801 (AWT)
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: _22 Silver St in New Britain, CT 06053_

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: _55 Grand St, New Britain, CT 06050_

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. List **all** cases you have filed in this court in the last ten (10) years. Use additional sheets if necessary:

_____

_____

_____

_____

_____

_____

5. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) _____ Failure to hire me. I was refused a job on the following date(s): _____.

(B) _√_ Termination of my employment. I was terminated from my employment on the following date: _Nov 7, 07_.

(C) _____ Failure to promote me. I was refused a promotion on the following date(s): _____.

2

(D)  ✓    Other acts as specified below:

_Sexual harassment from The patient_
_Nurse would not change me from that floor_
_where alot of women patients didn't want_
_male care, So I left & they terminated me._

6. The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [ ], sex [✓], age [ ], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _Women patients didn't want male care_
_the nurses said he still had to stay on that unit._

7. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

_I think they should have made it much_
_more easier if they moved me to another unit_
_I wouldn't have left my position. I also_
_left because they threghten to call police_
_if I did not leave the Bldg, if they I_
_wouldn't do as they wanted me to do._
_I stayed calm & thought it best to leave._

8. The approximate number of persons who are employed by the Defendant employer I am suing is: _5_.

9. The alleged discrimination occurred on or about the following date(s) or time period: _Nov 3-7/07 11-7 shifts_.

3

10. I filed charges with the:

    ✓ Equal Employment Opportunity Commission

    ✓ Connecticut Commission on Human Rights and Opportunities

11. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _Sept 12/08_.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

12. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge._

13. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

14. WHEREFORE, Plaintiff(s) pray(s) that:

The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ___ Injunctive orders (specify the type of injunctive relief sought): _____

_____ ;

✓ Backpay;

__ Reinstatement to my former position;

✓ Monetary damages (specify the type(s) of monetary damages sought): _Had to lose my job to support my family_ ;

__ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _____

_____ ;

AND costs and attorneys' fees.

### JURY DEMAND

I hereby DO ✓ DO NOT ____ demand a trial by jury.

_____  
Original signature of attorney (if any)

*Arnold Boggus*  
**Plaintiff's Original Signature**

_____  
Printed Name

*Arnold Boggus*  
Printed Name

( )  
Attorney's full address and telephone

(860) 770-2861  22 Silver St IN New Britain, CT 06053  
Plaintiff's full address and telephone

_____  
Email address if available

_____  
Email address if available

Dated: 11-19-08

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ____Hartford____ on ___11/19/08___.
              (location)               (date)

*Arnold Boggus*
**Plaintiff's Original Signature**

(Rev. 9/24/08)

6

EEOC Form 161 (2/08)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Arnold Boggus<br>22 Silver Street<br>Apt. 1 North<br>New Britain, CT 06053 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2008-00588 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Area Office Director

SEP 1 2 2008
*(Date Mailed)*

Enclosures(s)

cc: WALNUT HILL CARE CENTER
55 Grand Street
New Britain, CT 06052